UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERYL POMPONIO,

        Plaintiff,

   v.

EMIL MAMEDOVICH SULEYMANOV, et al.,

        Defendants.

Case No. 4:19-cv-05049-KAW

ORDER TO SHOW CAUSE

This action was filed on August 16, 2019. (Dkt. No. 1.)  On October 21, 2019, Plaintiff timely filed a proof of service. (Dkt. No. 11.)  Nonetheless, all other General Order 56 deadlines in the scheduling order have passed. (*See* Dkt. No. 6.)  Defendants have not appeared, no site inspection appears to have taken place, and Plaintiff has not filed a motion for administrative relief from the scheduling order.

IT IS HEREBY ORDERED that, by no later than **February 12, 2021**, Plaintiff shall show cause why this matter should not be dismissed for failure to prosecute due to his failure to comply with the deadlines set forth in the scheduling order.  Given the amount of time that has passed, the failure to timely respond will result in the case being reassigned to a district judge with the recommendation that it be dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: January 29, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge